NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of D.L.P., a child. | ) |
| | ) |
| | ) |
| D.H.M., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )  Case No. 2D17-4821 |
| | ) |
| K.L.B. and L.M.B., | ) |
| | ) |
| Appellees. | ) |
| | ) |

Opinion filed April 27, 2018.

Appeal from the Circuit Court for
Lee County; James R. Thompson,
Judge.

Toni A. Butler of Alderuccio & Butler, LLC,
Naples, for Appellant.

Erica T. Healey and Jeanne T. Tate of
Jeanne T. Tate, P. A., Tampa, for
Appellees.

PER CURIAM.


       Affirmed.


KELLY, CRENSHAW, and BLACK, JJ., Concur.